*In re* MILLER (DEPARTMENT OF HUMAN SERVICES V ALLERTON), No. 138606; Court of Appeals No. 287955.